UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>JUANA MONREAL, et al.,<br><br>    Defendant. | Case No. 1:21-cv-00674-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT<br><br>(ECF Nos. 9, 10) |

Before the Court is the parties' stipulation seeking to set aside the Clerk's entry of default against Defendant Juana Monreal dba Liz Andrew Furniture.

Pursuant to the parties' stipulation (ECF No. 10), IT IS HEREBY ORDERED that:

1. The Clerk's entry of default against Defendant Juana Monreal dba Liz Andrew Furniture (ECF No. 9) is set aside; and

2. Defendant Juana Monreal dba Liz Andrew Furniture shall file a responsive pleading within ten days of entry of this order.

IT IS SO ORDERED.

Dated: **July 14, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1