UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARREN GILBERT,

   Plaintiff,

  v.

JUANA MONREAL, et al.,

   Defendants.

Case No.  1:21-cv-00674-DAD-EPG

ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

(ECF No. 15)

   The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 15.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

  Dated: __**September 23, 2021**__   __/s/ Erica P. Grosjean__
                UNITED STATES MAGISTRATE JUDGE